# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-475
Lower Tribunal No. F89-34205
_____

**Eric Farber,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Law Offices of Adam Farber, P.A., and Adam D. Farber (Boynton Beach); Law Offices of Ron M. Kleiner, Esq., and Ron M. Kleiner, for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Eric Farber appeals the trial court's denial of his petition to be relieved of his statutory duty to register as a sex offender. The trial court conducted a hearing and denied the petition, announcing its exercise of discretion in doing so. Finding no abuse of discretion in the trial court's decision, we affirm.

An issue raised by appellant pertains to the application of Florida Statute Section 943.0435 and amendments thereto. We decline appellant's invitation to opine as to whether the statute's amendments would preclude the appellant from filing a future petition to be removed from the registry, as any such discussion would be advisory in nature.

Affirmed.